1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    PAULETTE NAVARRO,                        Case No.  23-cv-05065-JCS

8             Plaintiff,

9        v.                                   **REFERRAL FOR PURPOSE OF**
                                              **DETERMINING RELATIONSHIP**
10   KILOLO KIJAKAZI, et al.,

11            Defendants.

12

13          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable Sallie Kim for consideration of whether the case is related to C-20-4950 SK.

15          **IT IS SO ORDERED.**

16

17   Dated:  August 2, 2024

18                                            _____

19                                            JOSEPH C. SPERO
                                              United States Magistrate Judge
20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California